Peter Bass and Edward P. Brown, Appellants, v. Stanley Wawrzonek et al., Appellees.

Gen. No. 42,343.

opinion filed March 22, 1943. Martin M. Gross and B. Pelechowicz, for appellants; Harry A. Biossat and Eli Herman, for appellees. Opinion by JUSTICE O'CONNOR. "Not to be published in full."